IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rodney Gaskins, | ) | Case No. 4:07-3808-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Michael A. Astrue, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b). Defendant has filed with the court on July 26, 2010, a response to plaintiff's Motion for Attorney's Fees Pursuant to the Social Security Act, 42 U.S.C. § 406(b) stating he does not oppose plaintiff's request for attorney's fees . Now therefore upon good cause shown,

**IT IS HEREWITH ORDERED** that plaintiff's attorney is awarded $10,957.00 in attorney's fees.

**AND IT IS SO ORDERED**.

PATRICK MICHAEL DUFFY
United States District Judge

September 1, 2010
Charleston, South Carolina